UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. VERNON EDWARDS, a/k/a "Lil Thirty Ounce,"

    Defendant.
_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing in this matter set for Friday, November 2, 2007 at 2:00 p.m. is **VACATED** and **RESET** for **Tuesday, November 6, 2007 at 4:00 p.m.**