UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. VERNON EDWARDS, a/k/a "Lil Thirty Ounce"

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflicting trial, the Sentencing scheduled for Monday, November 9, 2009 at 11:00 a.m. is **VACATED** and **RESET** for **Monday, February 1, 2010 at 9:00 a.m. in Court Room A-1002**

    Dated:  October 28, 2009