UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3. VERNON EDWARDS, a/k/a "Lil Thirty Ounce,"

     Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Due to a scheduling conflict, the sentencing hearing set for June 14, 2011 is **VACATED**. The Sentencing hearing is **RESET** to **June 17, 2011, at 10:00 A.M.**

     Dated:  May 4, 2011