**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | December 19, 2011 | Probation: | Kurt Thoene |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

---

Criminal Case No:  **07-cr-00184-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Stephanie Podolak

            Plaintiff,

v.

**3.  VERNON EDWARDS, a/k/a Lil Thirty**          Anthony Viorst
**Ounce**,

            Defendant.

---

**SENTENCING**

---

**4:10 p.m.**      Court in Session - Defendant present (in-custody)

            **Change of Plea Hearing - November 6, 2007, at 4:00 p.m.**
            **Plea of Guilty - count one of Superseding Indictment**

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

4:12 p.m.      Statement and argument on behalf of Government (Ms. Podolak).

4:17 p.m.      Statement and argument on behalf of Defendant Vernon Edwards (Mr. Viorst).

4:27 p.m.      Statement by Assistant Denver District Attorney Timothy Twining.

4:29 p.m.      Statement by Assistant Denver District Attorney AnnMarie Spain.

4:32 p.m.        Statement by Defendant on his own behalf (Mr. Edwards).

                 Court makes findings.

**ORDERED:**     Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. #1146), filed December 6, 2011, is **GRANTED.**

**ORDERED:**     Government's Motion for Three Level Departure for Acceptance of Responsibility (ECF Doc. #1147), filed December 6, 2011, is **GRANTED.**

**ORDERED:**     Defendant's Motion for a Downward Variance (ECF Doc. #1149), filed December 8, 2011, is **GRANTED.**

**ORDERED:**     Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

**ORDERED:**     **Conditions** of **Supervised Release** are:

(X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)     Defendant shall not commit another federal, state or local crime.

(X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)     Defendant shall comply with standard conditions adopted by the Court.

(X)     Defendant shall not unlawfully possess a controlled substance.

(X)     The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

(X)     Defendant shall participate in and successfully complete a program of testing and treatment for drug abuse as directed by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     Pursuant to Rule 32.2 of the Federal rules of Criminal Procedure, and the defendant's admission to the forfeiture allegation contained in Count Fourteen of the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Government's Motion to Dismiss Remaining Counts (ECF Doc. #1148), filed December 6, 2011, is **GRANTED.**

**ORDERED:**     Government shall submit a proposed order to dismiss remaining counts not later than **Tuesday, December 20, 2011.**

Court's closing remarks to Mr. Edwards.

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:49 p.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :39**